FILED: May 27, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-4643
(2:17-cr-00192-1)

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

TERRY ALLEN RILEY, a/k/a Terrance Riley

    Defendant - Appellant

J U D G M E N T

In accordance with the decision of this court, this case is remanded to the district court for further proceedings.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                              /s/ NWAMAKA ANOWI, CLERK